IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-00348 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| WEI ZHU, | |
| Defendant. | |

    Defendant Wei Zhu has moved to vacate his conviction under the doctrine of error coram nobis. The motion and case files do not conclusively show that defendant is not entitled to relief. The government is ordered to show cause within **60 DAYS** why the motion should not be granted, if that is its position, and to then file all portions of the record previously transcribed and relevant to the motion. If the government opposes the motion, defendant shall have **30 DAYS** from submission of the opposition to reply. The **CLERK** shall please serve this order upon defendant and the United States.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE