1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4
   JEROME MAYER-CANTÚ (CABN 291623)
5  Assistant United States Attorney

6        450 Golden Gate Avenue, Box 36055
7        San Francisco, California 94102-3495
         Telephone: (415) 436-7301
8        Facsimile: (415) 436-7027
         jerome.mayer-cantu@usdoj.gov
9
10 Attorneys for United States of America

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14
15
16 UNITED STATES OF AMERICA,           ) NO. 03-CR-348 (WHA)
                                       )
17         Plaintiff / Respondent,     ) **UNITED STATES' MOTION TO SEAL AND**
                                       ) [~~PROPOSED~~] **ORDER**
18   v.                                )
                                       )
19                                     )
20 WEI ZHU,                            )
                                       )
21         Defendant / Petitioner.     )
                                       )
22

23
24
25
26
27
28
   UNITED STATES' MOTION TO SEAL
   NO. 03-CR-348 (WHA)

In connection with the United States' opposition to Wei Zhu's *coram nobis* petition, the United States requests leave to file several exhibits under seal because they were ordered to be filed under seal at an earlier stage of this case. *See* ECF No. 41 ("ORDER by Judge William H. Alsup sealing as to defendant Wei Zhu") (dated September 20, 2004). Accordingly, the United States hereby requests leave to file Exhibits A-E, as well as Exhibits G-H, under seal, with the exception that the Defendant/Petitioner and his counsel may receive copies of such documents.

Respectfully submitted,

DATED: December 18, 2015

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
JEROME MAYER-CANTÚ
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file the Exhibits A-E, as well as Exhibits G-H, to the United States' Opposition in the above-captioned case under seal, except that copies may be provided to the Defendant/Petitioner and his counsel, and maintain the documents under seal until further notice from this Court.

IT IS SO ORDERED.
Dated: December 21, 2015.

_____
HON. WILLIAM ALSUP
United States District Court Judge

UNITED STATES' MOTION TO SEAL
NO. 03-CR-348 (WHA)